UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

Beverly Diamond

        Plaintiff,　　　　　　Case No. 3:12-cv-00736-bbc

vs.

U.S. Physical Therapy, Inc. Health and
Welfare Plan and Principal Life
Insurance Company,

        Defendants.

### ORDER FOR DISMISSAL

The Court, having reviewed the foregoing Notice of Dismissal, it is hereby ordered that this action is dismissed, in its entirety, on the merits, with prejudice.

Dated this 27th day of December 2012.

BY THE COURT:

*Barbara B. Crabb*
Barbara B. Crabb
District Judge